# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER LYNN HAZEL,** | ) |
| **PLAINTIFF,** | ) |
| V. | )  **CIVIL ACTION NO:** |
|  | )  **2:16-CV-00957-KOB** |
| **CIRCLE K STORES, INC., et al.,** | ) |
| **DEFENDANTS.** | ) |
|  | )  **UNOPPOSED** |

## JOINT MOTION TO DISMISS *GRAHL* OPT-INS AND OPT-INS WITH UNTIMELY CLAIMS

Plaintiffs and Defendants, pursuant to their proposed settlement agreement, move jointly to dismiss with prejudice those opt-ins to this matter who also previously opted in to the *Grahl* matter, along with other opt-ins who joined this action after the expiration of the maximum 3-year statute of limitations. The individuals who previously opted in to the *Grahl* action include: Demetrius Darnel Bettis; Jensie Faye Crimes; Marsha M. Golden; Kimberley Leshon Jackson; James Howard McCants; Catherine Denise McClain; Everlishia Derane Pleasure; Teresa Joy Ritch; Jeremia Tommie Spears; and Karen Stokley. The individuals who opted in to this action after the expiration of their maximum three year statute of limitations period, some of whom also previously opted in to the *Grahl* matter and thus are also listed above,

1

include: Yolander Yvette Bowens; Debra Lynn Cameron; Debra Ann Chandler; Jensie Faye Crimes; Ralph Edward Crook, Jr.; Daniel Davis; Rhonda Sue Elkins; Thomas J. Gossett, Jr.; Emily Jane Harris; Ruth Pauline Hearn; Jeffery Harrison Hudson; Jessie L. Hutchins; Johnny Lee Powell; Teresa Joy Ritch; Brian James Sage; Ivy Nichelle Shepherd; Jeremia Tommie Spears; Jennie Theresa Burgess [Stringer]; James Allen Ward; Valerie T. Watkins; Aleashia M. Williams.

The parties jointly move the Court to dismiss the claims of the above-listed opt-ins with prejudice, with costs taxed as paid.

Respectfully submitted,

/s/ Jon C. Goldfarb
Jon C. Goldfarb
L. William Smith
Counsel for Plaintiff
WIGGINS, CHILDS, PANTAZIS, FISHER, & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

/s/ Josh C. Harrison
Josh C. Harrison
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203

2

        Telephone: (205) 328-1900
        Facsimile: (205) 328-6000
        josh.harrison@ogletreedeakins.com


on this the 5th day of June, 2019.